UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN SWINTON,<br>    Plaintiff, | §<br>§<br>§ | |
| v. | § | Civil Action No. 4:16-cv-3056 |
| PATIENT ACCOUNTING SERVICE<br>CENTER, LLC D/B/A ARSTRAT,<br>    Defendant. | §<br>§<br>§<br>§ | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and Rules of this Court, Plaintiff, STEPHEN SWINTON, and Defendant, PATIENT ACCOUNTING SERVICE CENTER, LLC, D/B/A ARSTRAT, stipulate, and the Court hereby orders, as follows:

1. STEPHEN SWINTON is the only plaintiff; PATIENT ACCOUNTING SERVICE CENTER, LLC, D/B/A ARSTRAT is the only named defendant in this matter.

2. Plaintiff, STEPHEN SWINTON no longer wishes to pursue any of his claims and no longer wishes to pursue this lawsuit; therefore, Plaintiff, STEPHEN SWINTON hereby requests the Court to moves to dismiss, with prejudice, all of his claims against all parties. Defendant, PATIENT ACCOUNTING SERVICE CENTER, LLC, D/B/A ARSTRAT who was served and made an appearance in this lawsuit, agrees to a dismissal with prejudice of all of Plaintiff's claims against all parties.

3. This case is not a class action, and a receiver has not been appointed.

4. This action is not governed by any statue of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff, STEPHEN SWINTON has not dismissed an action based on or including the same claim or claims as those presented in this suit.

6. Plaintiff, STEPHEN SWINTON and Defendant, PATIENT ACCOUNTING SERVICE CENTER, LLC, D/B/A ARSTRAT, respectfully request the Court to dismiss, with prejudice, this lawsuit, all parties, and all claims asserted against all parties in the above-captioned proceeding, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

7. Both sides to bear their own fees and costs.

**Date: 12/04/2017**

**Respectfully Submitted By,**

**LEMBERG LAW LLC**

By: */s/ Jenny DeFrancisco*
Jenny DeFrancisco, Esq.
CT Bar No.: 432383
43 Danbury Road
Wilton, CT 06897
Tel: (203) 653-2250
Fax: (203) 653-3424
**ATTORNEY FOR PLAINTIFF**
**STEPHEN SWINTON**

**SPROTT NEWSOM**
**QUATTLEBAUM MESSENGER**

By: */s/ Kandy E. Messenger*
KANDY E. MESSENGER
State Bar No. 24053360
Fed. ID. 638777
2211 Norfolk Suite 1150
Houston, Texas   77098
Tel:  (713) 523-8338
Fax:  (713) 523-9422
Messenger@sprottnewsom.com
**ATTORNEY FOR DEFENDANT,**
**PATIENT ACCOUNTING SERVICE CENTER,**
**LLC, D/B/A ARSTRAT**