United States District Court
Southern District of Texas
**ENTERED**
March 13, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEPHEN SWINTON, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-3056 |
| PATIENT ACCOUNTING SERVICE CENTER, LLC D/B/A ARSTRAT, | § § § | |
| Defendants. | | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation filed on December 4, 2017 , (Doc # 18), it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED. 03/13/2018.

_____
The Honorable Alfred H. Bennett
United States District Judge